UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALBERTSON'S LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>AMAZON RETAIL LLC,<br><br>            Defendant. | Case No. C23-1982-JCC-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

Plaintiff's Motion to Compel (dkt. # 1) relies on the Declaration of Nataliya Shtevnina (dkt. # 1-1) and Exhibits A-K purportedly attached thereto (*see* dkt. # 1-1 at ¶¶ 3, 7-12, 14-15, 19, 20). Plaintiff failed, however, to attach the exhibits. Accordingly, Plaintiff is ORDERED to file Exhibits A-K by **December 28, 2023**.

Dated this 28th day of December, 2023.

                                                    Ravi Subramanian
                                                    Clerk of Court

                                                By: Tim Farrell
                                                    Deputy Clerk

MINUTE ORDER - 1