THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALBERTSON'S LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMAZON RETAIL LLC,<br><br>　　　　Defendant. | CASE NO. C23-1982-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's notice of voluntary dismissal. (Dkt. No. 20). Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a case may be dismissed without a court order if there is a "notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff's notice here is self-executing, and this action is DISMISSED. The Clerk is DIRECTED to close this case.

//
//
//
//

MINUTE ORDER
C23-1982-JCC
PAGE - 1

DATED this 17th day of January 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk